UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MITCHEL RENDA**, | ) |
| PLAINTIFF, | ) CASE NO.: 1:23-cv-00515-JPH |
| | ) |
| | ) JUDGE JEFFERY P. HOPKINS |
| v. | ) |
| | ) **JOINT STIPULATION OF** |
| **HONEYWELL INTERNATIONAL INC.**, | ) **DISMISSAL (WITH PREJUDICE)** |
| | ) |
| DEFENDANT. | ) |
| | ) |

Pursuant to Federal Civ. R. 41(a)(1)(a), the Parties jointly stipulate to the dismissal of this matter, including all claims and potential counterclaims against one another, with prejudice, and with each party to bear its/his own costs. The court shall retain jurisdiction to enforce the settlement agreement.

Respectfully submitted,

*s/Warner Mendenhall*
Warner Mendenhall (0070165)
MENDENHALL LAW GROUP
Attorneys for Plaintiff
190 North Union St., Suite 201
Akron, OH 44304
330.535.9160
330.762.9743 (FAX)
warner@warnermendenhall.com

Noah S. Hurwitz (P74063)
HURWITZ LAW PLLC
Attorneys for Plaintiff
340 Beakes St., Ste. 125
Ann Arbor, MI 48104
844.487.9489
noah@hurwitzlaw.com
(Pro Hac Vice Admission)

*Attorneys for Plaintiff Mitchel Renda*

*s/ Monica L. Lacks*
Monica L. Lacks (0078649)
Jeffrey J. Moyle (0084854)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
monica.lacks@ogletree.com
jeffrey.moyle@ogletree.com

*Attorneys for Defendant Honeywell International, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2025, a copy of the foregoing was sent to the following counsel of record by electronic mail:

Warner Mendenhall, Esq.
Mendenhall Law Group
190 North Union St., Suite 201
Akron, Ohio 44304
warner@warnermendenhall.com

Noah S. Hurwitz, Esq.
Hurwitz Law PLLC
340 Beakes Street, Suite 125
Ann Arbor, MI 48104
noah@hurwitzlaw.com

*/s/Monica L. Lacks*

One of the Attorneys for Defendant